UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) |
| CODY, HERSHAL ROBERT JR. | ) Case No. 10-11726 |
| Debtor(s) | ) Chapter 7 |

**NOTICE OF PAYMENT OF UNCLAIMED FUNDS TO REGISTRY OF COURT**

Pursuant to Bankruptcy Rule 3011, funds for the following claim(s) is/are hereby paid to the Registry of the United States Bankruptcy Court by Jerrold D. Farinash, Trustee:

| Claim Number | Claimant | Amount |
|---|---|---|
| 13 | Colonial Cabinets<br>6215 Spring Place Rd. SE<br>Cleveland, TN 37323 | $3,797.92 |

Respectfully submitted,
By    /s/Jerrold D. Farinash
 Jerrold D. Farinash (10220)
KENNEDY, KOONTZ & FARINASH
320 N. Holtzclaw Avenue
Chattanooga, TN  37404
(423) 622-4535

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing document and accompanying order has been sent by electronic mail to those shown on the Notice of Electronic Filing receipt issued by the Clerk of Court and/or by placing a copy of the same in the United States First Class Mail with sufficient postage to insure delivery to its destination on the following and/or on the attached matrix:

United States Trustee
Historic U.S. Courthouse
31 East 11th Street, 4th Floor
Chattanooga, TN 37402

Colonial Cabinets
6215 Spring Place Rd. NE
Cleveland, TN 37323

January 24, 2012.                    /s/Jerrold D. Farinash
                                    Jerrold D. Farinash